# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | | |
|---|---|---|
| **BILLY RAY SMITH,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.  5:07CV-83-R** |
| | ) | |
| **PADUCAH AND LOUISVILLE** | ) | |
| **RAILWAY, INC., a corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Billy Ray Smith, plaintiff in this action, and files his Complaint

for Damages against the defendant as follows

### I.

## PARTIES, JURISDICTION AND VENUE

1     This is a Federal Employers' Liability Act case brought pursuant to 45

U S C , Section 51, et  seq   Jurisdiction and venue are founded on Title 45, U S C ,

Section 56  The defendant, Paducah & Louisville Railway, Inc , a corporation

(hereinafter referred to as P&L Railway), is a corporation which does business in the

Western District of Kentucky, and has done so at all times referred to herein   The

defendant is subject to the jurisdiction of this Court, venue is proper, and defendant may

be served with Summons and Complaint as allowed by law

2     The defendant, P&L Railway, is a common carrier by railroad engaged in the

business of operating a railroad in interstate commerce for hire for the purpose of carrying

freight in interstate commerce

3    The plaintiff, at all times referred to herein, was an employee of the defendant and was acting within the line and scope of his employment for the defendant The plaintiff's duties of employment for the defendant were in furtherance of interstate commerce or directly or closely and substantially affected such interstate commerce

## II.

## FACTS

4    The plaintiff, Billy Ray Smith, avers that heretofore on, to-wit, the 6th day of February, 2006, he was employed by the defendant railroad company as a carman in the mechanical department at its Paducah Shops in Paducah, Kentucky, when he was required to change out a coupling device on a railroad freight car   The plaintiff avers that the coupler he was to place in the freight car had been blasted with metal beads by the defendant in order to prepare it for use in the said freight car.  Plaintiff avers that the metal beads had been negligently left in the throat of the coupler by the defendant and fell to the floor of the plaintiff's work area when the coupler was being placed in the freight car

5    The plaintiff avers that as he was replacing the coupler, his feet slipped on the metal beads on the floor of his work area and he was injured and damaged as follows his musculoskeletal system was permanently injured and permanently damaged, he was caused to suffer great physical pain, suffering and mental anguish and he will be caused

2

to suffer great physical pain, suffering and mental anguish in the future, he was caused to lose wages from his employment and his power and capacity to work and earn money in the future was permanently impaired, his nervous and emotional system was injured and permanently damaged, and he was otherwise injured

## III.

## RAILROAD LIABILITY

6    The plaintiff avers that all of his aforesaid injuries and damages were legally caused, in whole or in part, by the negligent failure of the defendant railroad company to provide to the plaintiff a reasonably safe workplace for him to do his said work and labor for the defendant

7    The plaintiff further avers that the defendant negligently caused or negligently allowed the said metal beads to remain in the throat of the coupler, a place where the beads could fall on the floor and cause injury to the plaintiff at his workplace

## IV.

## DAMAGES

8    The plaintiff seeks to recover a sum that will fully and fairly compensate him for his injuries and damages in excess of the minimal jurisdiction of this Court

9    The plaintiff avers that as a result, in whole or in part, of the defendant's negligence, he has suffered and seeks to recover for the following special injuries and damages

3

A  Past lost wages and benefits,

B  Future lost wages and benefits, and

C  Permanent impairment of his ability to earn a living

10  The plaintiff avers that as a result, in whole or in part, of the defendant's negligence, he has suffered and seeks to recover for the following general injuries and damages

A  Past physical pain and mental anguish,

B.  Future physical pain and mental anguish,

C  Permanent physical disability, and

D  Inability to carry out and enjoy the usual and normal activities of life

**v.**

**JURY DEMAND**

11  The plaintiff demands a trial by jury

WHEREFORE, the plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the defendant and the following relief be granted

A  That the plaintiff be awarded special and general damages in an amount to fully and fairly compensate him for his injuries and damages,

B  That the cost of this action be assessed against the defendant, and

C  That this Court grant such other and further relief as it deems just and

4

proper

/s/ W Fletcher McMurry Schrock
McMurry & Livingston, PLLC
333 Broadway, 7th Floor
P O Box 1700
Paducah, KY 42002-1700
Phone 270-443-6511


/s/ Frank O. Burge, Jr (by permission)
Burge & Burge
850 Park Place Tower
Birmingham, AL 35203
Phone 205-251-9000

ATTORNEYS FOR THE PLAINTIFF

**PLAINTIFF'S ADDRESS**
1103 Brooks Street
Mayfield, KY 42066

**DEFENDANT'S ADDRESS:**
Paducah & Louisville Railway, Inc
Serve Tom Garrett
1500 Kentucky Avenue
Paducah, KY 42003